■ In the Matter of the Arbitration between UNITRIN KEMPER AUTO AND HOME ("KEMPER"), Respondent, and ARCELINA V. IRIZARRY, Respondent. LANCER INSURANCE COMPANY, Appellant; ALLSTATE INSURANCE COMPANY, Respondent. (Appeal No. 1.) [869 NYS2d 820]

It is hereby ordered that said appeal is unanimously dismissed without costs (see *Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Centra, Lunn, Fahey and Green, JJ.